DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>GREGORY J. BLOTNICK | Criminal No. 21-796 (BRM)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant.

Date: May 19, 2022

PHILIP R. SELLINGER
United States Attorney

By: *Fatime Meka Cano*
    Fatime Meka Cano
    Assistant U.S. Attorney