UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
:
UNITED STATES OF AMERICA        :
:
v.                              :
:  Case No. 21-cr-796 (BRM)
GREGORY BLOTNICK,               :
:
Defendant.                :
:
---------------------------------------------------------x

**SENTENCING SUBMISSION NOTICE OF DEFENDANT GREGORY BLOTNICK**

Please be advised that, on this date, the defendant Gregory Blotnick through undersigned counsel submitted sentencing materials to the Court.

Dated: May 27, 2022

                                                                           Respectfully Submitted,

                                                        /s/Adam S. Kaufmann
                                                        Adam S. Kaufmann

                                                        LEWIS BAACH KAUFMANN
                                                        MIDDLEMISS PLLC
                                                        405 Lexington Avenue
                                                        64th Floor
                                                        New York, New York 10174
                                                        (212) 826-7001

                                                        *Counsel for Gregory Blotnick*