UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: BRIAN M. MARTINOTTI      Date: 06/07/2022
Court Reporter: TAMMERA WITTE     Docket No: 2:21-CR-796-BRM

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
GREGORY BLOTICK

<u>Appearances:</u>

Fatime Cano, AUSA
Adam Kaufmann, Attorneys for Defendant
Joanne Young, USPO

<u>Nature of Proceedings:</u>

Defendant present & sworn.
Order Regarding Use of Video Conferencing fld.
SENTENCE: 51 Months of the Information on each of Counts 1 & 2, to run concurrent
Supervised Release: 2 Years on each Count, to run concurrent
Special Assessment: $200.00 (due immediately)
Special Conditions:
·      Mental Health Treatment
·      Financial Disclosure
·      No New Debt
·      Alcohol & Drug Testing/Treatment
·      Self-Employment/Business Disclosure
Fine:   WAIVED
Defendant was advised of his right to appeal.
Restitution: $4,577,631.00 (due immediately)
Recommendation to the BOP: FCI Danbury or a facility for service of this sentence close to defendant's family/home address
Surrender Date:   On a date to be set by the Bureau of Prison but not before 08/15/2022

Commenced: 2:25 pm
Concluded:   4:00 pm

*Lissette Rodriguez*, Courtroom Deputy
to the Honorable Brian R. Martinotti U.S.D.J.